# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

––––––––––––––––––––––––––––

No. 1D20-0452

––––––––––––––––––––––––––––

MICHAEL J. TRIATIK,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

––––––––––––––––––––––––––––

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction

September 30, 2020

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

B.L. THOMAS, OSTERHAUS, and BILBREY, JJ., concur.

––––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––––

Michael J. Triatik, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.